UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGON WALKER,<br><br>        Plaintiff,<br><br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, also known as HARVARD CORPORATION, ELLEN COSGROVE, LLOYD WEINREB, BRADLEY HAMBURGER, and LINDSAY KITZINGER,<br><br>        Defendants. | Case No. 1:12-cv-10811-RWZ |

**STIPULATION OF DISMISSAL OF THE COMPLAINT AGAINST DEFENDANTS BRADLEY HAMBURGER AND LINDSAY KITZINGER**

Whereas plaintiff has agreed to dismiss all claims made against defendants Lindsay Kitzinger and Bradley Hamburger in this action, the parties stipulate to the dismissal of the Complaint in its entirety against said defendants, with prejudice and without costs.

| | |
|---|---|
| MEGON WALKER,<br><br>/s/ John J.E. Markham, II<br>John J.E. Markham, II  (BBO No. 638579)<br>   jmarkham@markhamread.com<br>Bridget A. Zerner (BBO# 669468)<br>   bzerner@markhamread.com<br>MARKHAM & READ<br>One Commercial Wharf West<br>Boston, MA 02110<br>(617) 523-6329 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, ELLEN COSGROVE, LLOYD WEINREB, BRADLEY HAMBURGER, and LINDSAY KITZINGER<br><br>/s/ Daryl J. Lapp<br>Daryl J. Lapp, BBO No. 554980<br>   dlapp@edwardswildman.com<br>Jamie Notman, BBO No. 675597<br>   jnotman@edwardswildman.com<br>EDWARDS WILDMAN PALMER LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>(617) 239-0100 |

**Certificate of Service**

    On January 27, 2014, I caused a true copy of this document to be filed using the CM/ECF system, which effected service upon all counsel of record.

                                               <u>John J.E. Markham, II</u>
                                               John J.E. Markham, II